### No. 718
STATE v. OHIO PUB. SERV. CO.

Ohio Appeals, 9th Dist., Wayne County
No. 762.   Decided July 10, 1924

553.   FRANCHISES—1. Public corporation has no right to transfer without consent of state.

2. Municipality has right to give or withhold franchise.

3. Where a franchise contract is silent as to duration, it is terminable at will of either.

WASHBURN, J.
#### Epitomized Opinion
Published Only in Ohio Law Abstract

This was an action in quo warranto to determine the right of the Ohio Pub. Serv. Co. to use the streets of Orrville by the maintenance of electric equipment therein, for the purpose of supplying electricity to the inhabitants of said village for commercial and private lighting purposes.   On Feb. 1, 1892, an ordinance was passed by Orrville granting a franchise to Gans and Wilson to supply the village with electricity.   The ordinance contained no express provision as to the right to

use the streets to furnish electricity for commercial and private lighting purposes, but the parties construed said ordinance as granting such right and a plant was constructed under such ordinance and electricity for both public and private lighting was furnished.

In 1893 a corporation known as the Orrville L., H. & P. Co. was formed, which corporation succeeded to the rights and assumed the obligations of Gans and Wilson. At the expiration of the ten-year period the franchise was continued for five years, and in 1907 the village passed an ordinance by which it contracted with said company for the lighting of the streets of the village for another period of five years, and fixed the price at which said company should furnish light for commercial purposes to the citizens of said village. Soon thereafter, the light company sold its asserts to one Rennecker.

In 1913 Rennecker sold out to the Massillon Elec. & Gas Co. Shortly thereafter the city built a municipal plant. The Massillon Co. furnished a few of the residents electricity from this time on till 1921 when the Ohio Pub. Serv. Co. purchased the assets and rights of the Massillon Elec. & Gas Co. and since that time has furnished electricity to some of the citizens of the village for commercial purposes and claims the right to do so by virtue of the ordinance of 1892 and the acts of said village subsequent thereto. In rendering judgment against the public service company, the Court of Appeals held:

1. Public and quasi-public corporations have no right to transfer their corporate powers and privileges and thereby disable themselves from performing their public duties without legislative authority.

2. A municipality has the right to give or by a public utility; the giving of such consent by the municipality confers the right to use the streets and constitutes the contract by which the rights of the parties are to be determined; in other words, the franchise is given by the municipality and not by the state direct, and is to be construed as a contract between the utility and the municipality.

3. A contract between the utility and the municipality, which is silent as to duration, is terminable at the will of either party thereto; and whatever right was granted by said village to use the streets of said village for the purpose of furnishing electricity for commercial purposes was properly revoked and terminated by said village by the action taken in 1923, and therefore the respondent had no right to use the streets of said village for said purpose.

Attorneys—Critchfield & Etling, Wooster, for State; C. H. Henkel and Franklin L. Maier, Orville, for the Pub. Serv. Co.

## PUBLISHERS' COLUMN
# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

CHIEF EDITOR   -   -   -   W. J. TOSSEL
President   -   -   -   J. F. Laning
Vice Pres. and Cir. Mgr.   -   Sam H. Torrey
Asst. Cir. Mang.   -   Joseph Lee, Cincinnati
Secretary and Treasurer   -   S. R. Laning

Issued Every Wednesday   48 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS
One year (48 issues) Payable in Advance..$15.00
Single Numbers .......................... .35
When cash is mailed to us in advance
20 per cent discount

### EXPIRATIONS
We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Address all communications to
THE LAW ABSTRACT COMPANY
1727 Bryn Mawr, Cleveland, O.
P. O. Box 55, East Cleveland Sta.

This week, lack of space compels us to omit the Concordance and the Monthly Code Notes, but they will be brought down to date, corrected and reassembled, and printed in our next issue. We also omit This Week's Digest. This will appear next issue.

The Monthly Digest for October appears in this issue. Our readers should not forget that this issue supersedes the weekly issues, and in looking up authorities, use it in preference to the smaller current weekly digests. Remember also, the first number of each month carries the Monthly Digest for the previous month.

We call attention of our subscribers to the fact that the subscription year of the Abstract being but 50 numbers, we have two spare weeks annually in which no paper is required of us and that we use the weeks in which July Fourth and Christmas occur, as our reserve. This makes our closing paper of 1924 due on December 17. But as we dropped one of the extra issues in August, there would be an additional paper due from us, were it not for the fact that we issued and mailed to our subscribers a Digest Number on July 9, not numbered in the series of regular issues, and while the number of the current paper bears is 42, we have issued 43 papers. As we intend to publish a special extra annual number, with which to close the year 1924, which will bear no serial number, our No. 48 will really be our fiftieth paper for this year. Next year we expect to publish 48 papers only, and omit two extra numbers in the summer, when the courts have closed, and there are no current decisions, and lawyers are also quite generally off duty.